

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DALE WINTERS, | * | CIVIL ACTION NO. 2:13-cv-3143 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| ANDREW M. CASANAVE, | * | |
| Defendant. | * | MAGISTRATE JUDGE KAY |

*********************************************************************

## JUDGMENT

Considering the Report and Recommendation [Doc. 7] of the Magistrate Judge, to which the plaintiff has filed an Objection [Doc. 8], after an independent review of the record, a *de novo* determination of the issues, having determined that the findings are correct under applicable law,

**IT IS HEREBY ORDERED** that the plaintiff's Complaint [Doc. 1], as corrected by his subsequent Complaint [Doc. 6], be and hereby is **DISMISSED, WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this 20day of _____Jan_____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE